

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: TENET HOSPITALS LIMITED, A TEXAS LIMITED PARTNERSHIP D/B/A PROVIDENCE MEMORIAL HOSPITAL RELATOR, | § § § § § § | No. 08-13-00355-CV AN ORIGINAL PROCEEDING IN MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on the Relator's motion to dismiss the petition for writ of mandamus against the Honorable Sergio Enriquez, Judge of the 448th District Court of El Paso County, Texas, and concludes Relator's motion to dismiss the petition for writ of mandamus should be granted. We therefore grant the motion to dismiss the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 23RD DAY OF JULY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.